### Frederick A. Stokes v. Nathaniel P. Jacobs.

Assignments of error are not necessary on common law certiorarls.

*Decided June 3d.*

Certiorari to a Circuit Court Commissioner, to review his proceedings on the dissolution of an attachment.

*A. Russell*, for plaintiff in error, moved for leave to amend the assignment of errors; but

THE COURT held that it was unnecessary, as no assignment of errors is required on a common law certiorari.